# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Sarah Crebassa, | 2:17-cv-02277-JAD-NJK |
| Plaintiff | |
| v. | **Order Staying Case Pending Decision on Consolidation** |
| Colton Lockhead, | |
| Defendant | |

Sarah Crebassa filed eight civil actions in this court on August 28, 2017,[1] and she has moved to consolidate them into a single case.[2]  I find that a stay of this case while the motion to consolidate remains pending will further the goals of Rule 1 of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that **this case is STAYED** pending resolution of the motion to consolidate [ECF No. 6].  The motion to amend the complaint **[ECF No. 5] is DENIED** without prejudice to its refiling if the motion to consolidate is denied.  Because this case is stayed, **no further filings may be made in this case until after the motion to consolidate is decided**.

DATED: October 18, 2017

_____
Jennifer A. Dorsey
United States District Judge

---

[1] 2:17-cv-02270-JCM-GWF; 2:17-cv-02271-JAD-NJK; 2:17-cv-02272-APG-NJK; 2:17-cv-02273-JAD-CWH; 2:17-cv-02274-RFB-PAL; 2:17-cv-02276-APG-NJK; 2:17-cv-02277-JAD-NJK; 2:17-cv-02278-JCM-PAL.

[2] *See* ECF No. 6.